# IN THE UNITED STATES DISTRICT COURT FOR
# THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| Steve Martin, Carol Tegard, ) | |
| and Allen Rose, ) | |
| as representatives of a Class of ) | |
| similarly situated persons, and ) | |
| on behalf of the Plan, ) | Case No. 07-1009 JBM/JAG |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Judge Joe Billy McDade |
| ) | |
| ) | Magistrate Judge John A. Gorman |
| Caterpillar, Inc., Benefit Funds ) | |
| Committee of Caterpillar Inc., ) | |
| Caterpillar Investment Management ) | |
| Ltd., ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE
## THIRD AMENDED COMPLAINT

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, Plaintiffs move for leave to file their Third Amended Complaint which is attached as Exhibit 1 to the Memorandum in Support of Plaintiffs' Motion for Leave to File Third Amended Complaint. In support of this, Plaintiffs submit their Memorandum in Support of Plaintiffs' Motion for Leave to File Third Amended Complaint.

Wherefore, Plaintiffs respectfully request that they be granted leave to amend so as to file their Third Amended Complaint.

Respectfully Submitted,

SCHLICHTER, BOGARD & DENTON

By:     s/ Jerome J. Schlichter
    Jerome J. Schlichter
    Mark G. Boyko
    Daniel V. Conlisk
    Heather Lea
    100 S. Fourth St., Suite 900
    St. Louis, Missouri 63102
    (314) 621-6115
    (314) 621-7151 (Fax)
    dconlisk@uselaws.com
    hlea@uselaws.com
    mboyko@uselaws.com
    120 West Main Street, Ste. 208
    Belleville, IL  62220

    Michael Waters
    Local Counsel
    Vonachen, Lawless, Trager & Slevin
    456 Fulton Street, Ste. 425
    Peoria, Illinois 61602
    (309) 676-8986
    (309) 676-4130 (Fax)

    ATTORNEYS FOR PLAINTIFFS/
    CLASS REPRESENTATIVES
    Steve Martin, Carol Tegard, and Allen Rose

CERTIFICATE OF SERVICE

      I hereby certify that on November 5, 2009, I served this PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT for with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Mark Casciari
Ian Morrison
Seyfarth Shaw, LLP
131 South Dearborn Street, Ste. 2400
Chicago, IL  60603
(312) 460-5000
mcasciari@seyfarth.com


Timothy L. Bertschy
HEYL, ROYSTER, VOELKER & ALLEN
Chase Building
124 SW Adams Street, Suite 600
Peoria, IL 61602-1352
Tel: (309) 676-0400
Fax: (309) 676-3374
tbertschy@hrva.com


                                                                   s/ Jerome J. Schlichter