# IN THE UNITED STATES DISTRICT COURT FOR
# THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| Steve Martin, *et al.*, ) | |
| ) | Case No. 07-1009 JBM/JAG |
| Plaintiffs, ) | |
| ) | |
| v. ) | Judge Joe Billy McDade |
| ) | |
| Caterpillar, Inc., *et al.*, ) | Magistrate Judge John A. Gorman |
| ) | |
| Defendants. ) | |

## MOTION FOR CERTIFICATION OF SETTLEMENT CLASS

Plaintiffs Steve Martin, Carol Tegard and Allen Rose, as representatives of a Class of similarly situated persons, and on behalf of the Caterpillar 401(k) Plan, Caterpillar Inc. Tax Deferred Savings Plan, Caterpillar Inc. Tax Deferred Retirement Plan, and the Solar Turbines Savings and Investment Plan ("Plaintiffs") respectfully file this Motion pursuant to Rule 23 of the Federal Rules of Civil Procedure for certification of a settlement class.

1.   This action was originally filed in this Court on September 11, 2006 alleging that the Defendants breached their fiduciary duties by, among other things, selecting imprudent and excessively expensive investment options for Caterpillar's 401(k) Plans and for engaging in prohibited transactions by including investment options managed by Caterpillar Investment Management Ltd. ("CIML"), a wholly-owned subsidiary of the Plans' sponsor, Caterpillar Inc. For its part, Defendants deny any basis for liability and deny Plaintiffs' factual allegations, but admit for settlement purposes only that certification is proper under Fed.R.Civ.P. 23(b)(1).

2.   On November 5, 2009, after months of arm-length negotiation, the Parties entered into a Settlement Agreement and requested that the Court preliminarily approve the Settlement Agreement.

3.   The proposed Settlement Class is defined as:

1

(a) all persons who, at any time between July 1, 1992 and September 10, 2009, inclusive, had an account in one or more of the following Plans -- the Caterpillar 401(k) Plan, the Caterpillar Inc. Tax Deferred Savings Plan, Caterpillar Inc. Tax Deferred Retirement Plan, and the Solar Turbines Savings and Investment Plan -- including any beneficiaries, alternate payees or attorneys-in-fact who are or become entitled to any portion of such an account; provided, however, that the Class shall not include: (b) any Defendant, or member of the Benefit Funds Committee of Caterpillar Inc. or the Investment Plan Committee of Caterpillar Inc. between July 1, 1992 and September 10, 2009, and as to each person within the scope of clause (b), his/her immediate family members, beneficiaries, alternate payees or attorneys-in-fact.

4. The proposed Settlement Class for settlement purposes meets the requirements of Rule 23(a) and of Rule 23(b)(1) of the Federal Rules of Civil Procedure.

5. Plaintiffs also submit to the Court a Memorandum in Support of the Motion for Certification of a Settlement Class.

WHEREFORE, Plaintiffs' request the Court grant an Order certifying for settlement purposes the above Class pursuant to Fed.R.Civ.P. 23(b)(1).

Respectfully submitted,
SCHLICHTER, BOGARD & DENTON

By: /s/ Jerome J. Schlichter
Jerome J. Schlichter
Daniel V. Conlisk
Mark G. Boyko
Heather Lea
100 S. Fourth St., Suite 900
St. Louis, Missouri 63102
(314) 621-6115; (314) 621-7151 (Fax)
Belleville Illinois Office
120 West Main Street, Ste. 208
Belleville, IL 62220

Michael Waters
Local Counsel
Vonachen, Lawless, Trager & Slevin
456 Fulton Street, Ste. 425
Peoria, Illinois 61602
(309) 676-8986; (309) 676-4130 (Fax)

ATTORNEYS FOR PLAINTIFFS/
CLASS REPRESENTATIVES

Steve Martin, Carol Tegard, and Allen Rose

CERTIFICATE OF SERVICE

      I hereby certify that on November 5, 2009, I served the above with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Mark Casciari
Ian Morrison
Ada W. Dolph
Seyfarth Shaw, LLP
131 South Dearborn Street, Ste. 2400
Chicago, IL  60603
(312) 460-5000
mcasciari@seyfarth.com


Timothy L. Bertschy
HEYL, ROYSTER, VOELKER & ALLEN
Chase Building
124 SW Adams Street, Suite 600
Peoria, IL 61602-1352
Tel: (309) 676-0400
Fax: (309) 676-3374
tbertschy@hrva.com


                s/ Jerome J. Schlichter