## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| STEVE MARTIN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 07-cv-1009 |
| ) | |
| CATERPILLAR, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

The Initial Hearing set for December 16, 2009 at 1 p.m. is converted into an informal conference at which counsel and the Court will discuss a range of issues concerning class certification and the proposed settlement. The issues discussed will not be limited to the specific issues identified in the Court's Order of November 18, 2009. The Court does not expect the parties to put on evidence at the December 16 conference. Rather, the parties should be prepared to respond, on the record, to the Court's various questions about matters related to Plaintiffs' claims and the proposed settlement -- including questions regarding the technical aspects thereof. A formal hearing on the issue of preliminary approval of the proposed settlement will be scheduled for a later date.

The informal conference will be IN-PERSON and will take place at the date and time currently set (i.e. Wednesday, December 16, 2009 at 1 p.m.), in Peoria, in Courtroom D before Judge Joe Billy McDade.

IT IS SO ORDERED.

Entered this <u>9th</u> day of December, 2009.

                                                     /s/ Joe B. McDade
                                                   JOE BILLY McDADE
                                               United States District Judge