# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**Steve Martin**, *as representative of a class of similarly situated persons and on behalf of the Plan*, **Carol Tegard**, *as representative of a class of similarly situated persons and on behalf of the Plan*, **Denayer Artis**, *as representative of a class of similarly situated persons and on behalf of the Plan*, **David Koch**, *as representative of a class of similarly situated persons and on behalf of the Plan*, **Allen Rose**, *as representative of a class of similarly situated persons and on behalf of the Plan*, and **Doug Hildebrand**, *as representative of a class of similarly situated persons and on behalf of the Plan*

vs.

Case Number: 07-1009

**Caterpillar, Inc., Caterpillar, Inc. Benefit Funds Committee, and Caterpillar Investment Management, Ltd.**

**DECISION BY THE COURT.** This action came before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Amended Complaint filed 5/25/2007, Defendant David Koch was terminated as a party. IT IS FURTHER ORDERED that pursuant to Order and Opinion entered 8/12/2010, Settlement is APPROVED as fair, reasonable and adequate. The Third Amended Complaint against the Defendants is DISMISSED WITH PREJUDICE. IT IS FURTHER ORDERED that pursuant to Order and Opinion entered 9/10/2010, the Court expresses and awards attorney fees in the amount of $5.5 million to Class Counsel, Schlichter, Bogard & Denton; costs reimbursement of $315,345.40; and incentive awards of $12,500 to each of the three named plaintiffs out of the Gross Settlement Fund as provided therein and modified.

ENTER this 28th day of October, 2010

PAMELA E. ROBINSON, CLERK

s/R. Knox
BY: DEPUTY CLERK

07-1009 Proposed Judgment.wpd